**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JORGE RODAS LOPEZ,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,**<br><br>**Respondents.** | ) | **Case No. CIV-26-774-G** |

**<u>ORDER</u>**

Petitioner Jorge Rodas Lopez filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. An independent review of public record on October 14, 2026, reflected that Petitioner is no longer in ICE custody. Order of Oct. 14, 2026 (Doc. No. 11).

The Court therefore ordered Petitioner to show cause, no later than October 28, 2026, why the Petition should not be dismissed as moot. *Id.* As of this date, no response has been submitted by Petitioner or his counsel.

As it is apparent from the record that Petitioner is no longer in ICE custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge